| PROB 12C (Rev. 08/18) VIOLATION REPORT PART 1: PETITION FOR SUMMONS | U. S. Probation Office Eastern District of Michigan | PACTS 12144 | DATE 02/17/2026 |
|---|---|---|---|

| NAME | OFFICER | JUDGE | DOCKET # |
|---|---|---|---|
| HARRIS, Colin | David Smith | David M. Lawson | 22-CR-20022-01 |

| ORIGINAL SENTENCE DATE | SUPERVISION TYPE | CRIMINAL HISTORY CATEGORY | TOTAL OFFENSE LEVEL |
|---|---|---|---|
| 12/12/2022 | Supervised Release | III | 13 |

COMMENCED 10/09/2025

EXPIRATION 10/08/2028

PHOTO



| ASST. U.S. ATTORNEY | DEFENSE ATTORNEY |
|---|---|
| Andrew Picek | To Be Determined |

REPORT PURPOSE

**TO ISSUE A SUMMONS**

ORIGINAL OFFENSE

Count 1: 18 U.S.C. § 922(g)(1), Felon in Possession of a Firearm

Count 2: 18 U.S.C. § 1028A(a)(1), Aggravated Identity Theft

SENTENCE DISPOSITION

Custody of the Bureau of Prisons for a term of12 months on Count 1s, and 24 months on Count 2s, consecutive to all other Counts, to be followed by a term of three years on Count 1s and one year on Count 2s, to be served concurrently.

ORIGINAL SPECIAL CONDITIONS

1. You must submit your person, residence, office, vehicle(s), papers, business or place of employment, and any property under your control to a search. Such a search shall be conducted by a United States Probation Officer at a reasonable time and in a reasonable manner based upon a reasonable suspicion of contraband or evidence of a violation of a condition of release. Failure to submit to such a search may be grounds for revocation; you must warn any residents that the premises may be subject to searches.
2. You must submit to substance abuse testing to determine if you have used a prohibited substance.
3. You must participate in a mental health treatment program and follow the rules and regulations of that program. The probation officer, in consultation with the treatment provider, will supervise your participation in the program (provider, location, modality, duration, intensity, etc.).
4. If the judgment imposes a financial penalty, you must pay the financial penalty in accordance with the Schedule of Payments sheet of this judgment. You must also notify the court of any changes in economic circumstances that might affect the ability to pay this financial penalty.

| PROB 12C (Rev. 08/18) VIOLATION REPORT PART 1: PETITION FOR SUMMONS | U. S. Probation Office Eastern District of Michigan | PACTS 12144 | DATE 02/17/2026 |
|---|---|---|---|

| NAME | OFFICER | JUDGE | DOCKET # |
|---|---|---|---|
| HARRIS, Colin | David Smith | David M. Lawson | 22-CR-20022-01 |

5. You must provide the probation officer with access to any requested financial information and authorize the release of any financial information. The probation office may share financial information with the U.S. Attorney's Office.
6. You must not incur new credit charges, or open additional lines of credit without the approval of the probation officer.

Criminal Monetary Penalties: Special Assessment $200.00 (paid); Restitution $8,953.00 (balance: $8,687.85).

The probation officer believes that the offender has violated the following condition(s) of Supervised Release:

| VIOLATION NUMBER | NATURE OF NONCOMPLIANCE |
|---|---|
| 1 | **Violation of Mandatory Condition:** "YOU MUST NOT COMMIT ANOTHER FEDERAL, STATE OR LOCAL CRIME".<br><br>According to the Detroit (Michigan) Police Department, on January 29, 2026, police were dispatched to a report of assault & battery in progress. Police responded and were advised that HARRIS and a girlfriend had gotten into a verbal altercation after HARRIS accused her stealing $650.00 from him. HARRIS then allegedly became violent, punched her in the face twice with a closed fist, and pushed her to the ground. He was arrested without incident for Domestic Violence. Police located two bags of marijuana on his person. The girlfriend declined medical treatment. HARRIS was released from custody the following day. |
| 2 | **Violation of Mandatory Condition:** "YOU MUST NOT COMMIT ANOTHER FEDERAL, STATE OR LOCAL CRIME".<br><br>According to the Canton (Michigan) Police Department, on February 10, 2026, police were dispatched to a report of a Breaking & Entering in progress after HARRIS attempted to enter an occupied apartment and then left the location.<br><br>Police responded and searched the area. Police determined that a neighboring apartment door appeared to have been kicked in and forced open. Police knocked loudly on the door announcing their presence and instructing any occupants to come out, but there was no response. Eventually, HARRIS partially opened the door, but he would not fully open the door. Police noted that they knew the registered resident of the apartment and knew that it was not HARRIS. Police gave multiple orders for HARRIS to exit the apartment, but he refused. HARRIS then slammed the door shut and locked it. Police continued to attempt to get HARRIS to exit, but he refused. Police eventually breached the door, as they believed that HARRIS had broken into the apartment. HARRIS was arrested for Resisting/Obstructing Police.<br><br>It was later determined that HARRIS was a guest of the resident Corey Lovelace. Lovelace was also found in the apartment by police hiding under a bed mattress. Lovelace had an outstanding |

| PROB 12C (Rev. 08/18) VIOLATION REPORT PART 1: PETITION FOR SUMMONS | U. S. Probation Office Eastern District of Michigan | PACTS 12144 | DATE 02/17/2026 |
|---|---|---|---|
| NAME HARRIS, Colin | OFFICER David Smith | JUDGE David M. Lawson | DOCKET # 22-CR-20022-01 |

warrant and was arrested on the warrant. HARRIS continued to be uncooperative with police. While he was being walked to the patrol car, HARRIS repeatedly pulled away from officers, yelled insults, and threatened officers. He threatened to get a gun and use it on police. He made threats to find the officer's family and have them hurt. He then stated that he commits "aggravated identity theft" and advised the officer that he will ruin the officer's credit. At the police station, officers noted that HARRIS refused to cooperate with the booking process, continued his verbal outbursts about how he wanted to fight police, and made several threats to shoot police. HARRIS was released on a $500.00 bond the following day.

3 **Violation of Mandatory Condition:** "YOU MUST REFRAIN FROM ANY UNLAWFUL USE OF A CONTROLLED SUBSTANCE. YOU MUST SUBMIT TO AONE DRUG TEST WITHIN 15 DAYS OF RELEASE FROM IMPRISONMENT AND AT LEAST TWO PERIODIC DRUG TESTS THEREAFTER, AS DETERMINED BY THE COURT."

On October 10, 2025, HARRIS submitted to urinalysis which tested positive for Cannabinoids.

On November 4, 2025, HARRIS submitted to urinalysis which tested positive for Cannabinoids, Benzodiazepines (Xanax), and Norbuprenorphine (Suboxone). He admitted that he did not have valid medical prescriptions for medication Suboxone or Xanax.

On November 20, 2025, HARRIS submitted to urinalysis which tested positive for Cannabinoids, Benzodiazepines, and Norbuprenorphine (prescribed medication Suboxone). He provided valid medical prescription for medication Suboxone.

On December 4, 2025, HARRIS submitted to urinalysis which tested positive for Cannabinoids and Norbuprenorphine (prescribed medication Suboxone). He provided a valid medical prescription for medication Suboxone.

On January 8, 2026, HARRIS submitted to urinalysis which tested positive for Cannabinoids and Norbuprenorphine (prescribed medication Suboxone). He provided a valid medical prescription for medication Suboxone.

On February 3, 2026, HARRIS submitted to urinalysis which tested positive for Cannabinoids and Norbuprenorphine (prescribed medication Suboxone). He provided a valid medical prescription for medication Suboxone.

4 **Violation of Standard Condition No. 8:** "YOU MUST NOT COMMUNICATE OR INTERACT WITH SOMEONE YOU KNOW IS ENGAGED IN CRIMINAL ACTIVITY. IF YOU KNOW SOMEONE HAS BEEN CONVICTED ON A FELONY, YOU MUST NOT KNOWINGLY COMMUNICATE OR INTERACT WITH THAT PERSON WITHOUT FIRST GETTING PERMISSION OF THE PROBATION OFFICER."

According to the Canton (Michigan) Police Department, on February 10, 2026, police were dispatched to a report of a Breaking & Entering in progress after HARRIS attempted to enter an

| PROB 12C (Rev. 08/18) **VIOLATION REPORT PART 1: PETITION FOR SUMMONS** | **U. S. Probation Office** Eastern District of Michigan | PACTS 12144 | DATE 02/17/2026 |
|---|---|---|---|

| NAME | OFFICER | JUDGE | DOCKET # |
|---|---|---|---|
| HARRIS, Colin | David Smith | David M. Lawson | 22-CR-20022-01 |

occupied apartment and then left the location. HARRIS was subsequently located with Corey Edward Lovelace, who has a prior felony conviction for a Carrying Concealed Weapon.

| **I declare under penalty of perjury that the foregoing is true and correct.** PROBATION OFFICER | DISTRIBUTION |
|---|---|
| s/David Smith/djl<br>313 234-5448 | Court |
| **SUPERVISING PROBATION OFFICER** | **PROBATION ROUTING** |
| s/Steven M. Ely<br>313 234-5583 | Data Entry |

**THE COURT ORDERS:**

[ X ] The issuance of a summons

[ ] Other

s/David M. Lawson

United States District Judge

March 9, 2026

Date